1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   CHARLES FRITSCHE,                                    Case No. 3:15-cv-00425-MMD-WGC

10                                  Petitioner,           ORDER

11        v.

12   ROBERT LeGRANDE, et al.,

13                                  Respondents.

14

15        Petitioner Charles Fritsche has filed an application to proceed *in forma pauperis*

16   and submitted a petition for a writ of habeas corpus. Subsequently, he paid the filing

17   fee. (S*ee* dkt. no. 3.)

18        Fritsche has also submitted a motion for appointment of counsel. (Dkt. no. 1-2.)

19   There is no constitutional right to appointed counsel for a federal habeas corpus

20   proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999

21   F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally

22   discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481

23   U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469

24   U.S. 838 (1984). However, counsel must be appointed if the complexities of the case

25   are such that denial of counsel would amount to a denial of due process, and where the

26   petitioner is a person of such limited education as to be incapable of fairly presenting his

27   claims.  *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th

28   Cir. 1970). Here, the claims may be somewhat complex. Additionally, petitioner is also

1  serving consecutive sentences of thirty-five years to life and ten years to life in prison.

2  Therefore, counsel shall be appointed to represent petitioner.

3    It is therefore ordered that petitioner's application to proceed *in forma pauperis*

4  (dkt. no. 1) is denied as moot because he paid the filing fee.

5    It is further ordered that the Clerk detach and file the petition (dkt. no. 1-1).

6    It is further ordered that the Clerk detach and file petitioner's motion for

7  appointment of counsel (dkt. no. 1-2). The motion for appointment of counsel is granted.

8    It is further ordered that the Federal Public Defender for the District of Nevada

9  ("FPD") is appointed to represent petitioner.

10    It is further ordered that the Clerk shall electronically serve the FPD a copy of this

11  order, together with a copy of the petition for writ of habeas corpus. The FPD shall have

12  thirty (30) days from the date of entry of this order to file a notice of appearance or to

13  indicate to the Court its inability to represent petitioner in these proceedings.

14    It is further ordered that the Clerk shall electronically serve a copy of this order,

15  together with a copy of the habeas petition, on respondents. Respondents shall have

16  thirty (30) days from the date of this order to file a notice of appearance.

17    It is further ordered that, after counsel has appeared for petitioner in this case,

18  the Court will issue a scheduling order, which will, among other things, set a deadline

19  for the filing of a first amended petition.

20    DATED THIS 16th day of October 2015.

21

22

23    MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2